# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**STANDARD FIRE INSURANCE COMPANY,**
Appellant,

v.

**EDITH LYNN SUROVEK,**
Appellee.

No. 4D23-0059

[July 13, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Nutt, Judge; L.T. Case No. 502019CA005032.

Jack R. Reiter and Robert C. Weill of Gray Robinson, P.A., Miami, for appellant.

Kara Rockenbach Link of Link & Rockenbach, PA, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and CONNER, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***